THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Hoyt A. Morris, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

Appeal From York County
 G. Edward Welmaker, Circuit Court Judge
Memorandum Opinion No.  2010-MO-012  
Submitted April 21, 2010  Filed May 3,
 2010
AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz III, South Carolina
 Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Ashley McMahan, Office of the Attorney General, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner
 Hoyt A. Morris appeals
 from the denial of his application for post-conviction relief.  We affirm pursuant to Rule 220(b)(1), SCACR and the following authorities:  Caprood v. State, 338 S.C. 103,
 109, 525 S.E.2d 514, 517 (2000) (stating this Court gives great deference to
 the PCR court's findings of fact and conclusions of law); Cherry v. State,
 300 S.C. 115, 119, 386 S.E.2d 624, 626 (1989) (holding a PCR judge's findings
 will be upheld if there is any evidence of probative value to support them); Strickland v. Washington, 466 U.S. 668, 687 (1984) (explaining that in order
 to establish a claim of ineffective assistance of counsel, a PCR applicant must
 prove:  (1) counsel's performance was deficient; and (2) the deficient
 performance prejudiced the applicant's case); Id. at 688 (providing the proper measure for evaluating counsel's trial performance
 is to determine whether counsel's efforts were reasonable under the prevailing
 professional norms); Id. at 689 (finding a decision as to
 counsel's conduct must be made from counsel's perspective at the time,
 removing, as best as possible, the distortion caused by hindsight review).
AFFIRMED. 
TOAL,
 C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.